Argued and submitted November 16, affirmed as modified November 30, 1988

In the Matter of the Marriage of

WASHBURN,
*Appellant,*
*and*

WASHBURN,
*Respondent.*

(D8707-64715; CA A47978)

764 P2d 623

R. P. Joe Smith, Portland, argued the cause and submitted the briefs for appellant.

Amy Elliot, Portland, argued the cause and submitted the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

On *de novo* review, ORS 109.135, we conclude that defendant's child support obligation should be $325 per month.

Paragraph 3) of "Decree and Judgment" modified to provide child support at $325 per month; affirmed as modified. Costs, but not attorney fees, to appellant.